# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY LEE DRIGGARS, JR., | |
| Petitioner, | No. SACV 09-1406-JST (RCF) |
| v. | JUDGMENT |
| MIKE McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED:  May 10, 2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE